UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __23-60061-CR-MOORE/LOUIS__

UNITED STATES OF AMERICA

v.

MILES STEVEN MCGOUGH,

              Defendant.

_____/

## FACTUAL PROFFER

The United States of America and Miles Steven McGough agree that, had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

### Investigation

1. On January 5, 2023, law enforcement in Colorado executed a search warrant of Snapchat accounts belonging to defendant Miles Steven McGough. In the Snapchat return, law enforcement discovered that McGough had been conversing with a 15-year-old female (Minor Victim) residing in Coral Springs, Broward County, Florida, and that nude images had been sent back and forth between the Minor Victim and McGough. Colorado authorities notified Homeland Security Investigations (HSI) Fort Lauderdale of this information.

2. Law enforcement reviewed the Snapchat conversations between McGough and the Minor Victim. The Snapchat conversations began on August 4, 2022, and continued through December 2022. These conversations were sexual in nature.

3. On August 8, 2022, in a Snapchat conversation, McGough asked the Minor Victim what her age was. After she advised that she was fifteen years old, McGough responded that he was twenty-five years old. Initially, the Minor Victim suggested that she and McGough just be friends due to their age difference. McGough responded by asking, "What if I wanna be more?" The Minor Victim responded by stating, "Im 15" and "even if you want to it's a no" before repeating that she just wanted to be friends.

4. On August 9, 2022, in a Snapchat conversation, McGough advised, "well if I fly into Florida tomorrow, we can hang" and suggested renting a vehicle to meet her. The Minor Victim explained to McGough that she would not be able to spend much time with him and indicated that she would have to sneak out of her mom's house. The Minor Victim suggested that she could use the dogs as an excuse and spend 10-15 minutes with him. McGough advised that 10-15 minutes is not enough to get him to travel to Florida. McGough told the Minor Victim that, if she can give him an entire evening, he would consider making the trip. McGough then suggested that the Minor Victim "spend the night at a friend's house" because the Minor Victim was worried her mother would get suspicious.

5. On August 10, 2022, at 10:01 a.m., in a Snapchat conversation, the Minor Victim revealed to McGough that she was "a complete virgin" and had "never gone on a date with a guy or anything." She added that she was "not comfortable staying the night with some guy I met online." The Minor Victim told McGough that she wanted to wait until she was at least seventeen years old before having sex.

6. On August 10, 2022, at 1:27 p.m., in a Snapchat conversation, McGough told the Minor Victim, "I'll see you tomorrow." The Minor Victim told McGough to "cancel that ticket boo." McGough responded, "nope ill see you tomorrow" and "im gonna kiss you in person." The

2

Minor Victim tried to explain that she could not meet with him and suggested he come visit her another time.

7. On August 10, 2022, at 2:56 p.m., in a Snapchat conversation, McGough stated, "I really can't come fuck you tomorrow." The Minor Victim replied stating, "I wish." The Minor Victim asked, "u cancelled the tickets right". McGough replied in the negative. The Minor Victim once again asked McGough to cancel the ticket which prompted McGough to respond, "fine:(" before stating, "Hehe mmmm id take your your clothes off and tie you up. Then I would start rubbing your thighs getting higher and closer between your legs while I kneel infront of you and watch your pussy get wet. Then ill start eating you out until your legs are quivering. Then ill get up and go take a shower. When I come back I'll get on top of you rub some lube on my dick and slide it all the way the base hearing you scream, then ill start sliding into you going faster and faster while I grab your tits and then ill wrap my hand around your throat when im cumming deep in your pussy. Then ill get my dog to lick it as my cum drips out of you."

8. On August 11, 2022, in a Snapchat conversation, McGough told the Minor Victim that he was at the airport in Fort Worth, Texas, waiting for his bag and going to the hotel.

9. On August 12, 2022, in a Snapchat conversation, the Minor Victim agreed to meet with McGough at 10:00 a.m. and provided him with her home address. The Minor Victim told McGough to let her know when he was in the neighborhood and that she would come out to him.

10. On August 12, 2022, at 2:24 p.m., in a Snapchat conversation, McGough advised the Minor Victim that he arrived: "okay im here." There were no other messages placed on August 12, 2022, between 2:31 pm and 5:06 pm.

11. On August 12, 2022, at 5:06 p.m., in a Snapchat conversation, the Minor Victim messaged McGough stating "Hey" and "I already miss you" before advising that "my freckin

panties r soaked." McGough responded, "hehe did I make you cum." The Minor Victim replied, "lol I stopped u before you did." McGough told the Minor Victim, "dont be so shy babygirl." McGough then discussed how he digitally penetrated the Minor Victim's vagina before stating that he would love oral sex and "I really want my dick in you."

12. On August 12, 2022, at 7:10 p.m., in a Snapchat conversation, McGough told the Minor Victim, "But I wanna be your first and [I don't know] when I'll come back down here. The Minor Victim replied, "Sorry boo." The conversation continued with McGough telling the Minor Victim that he wanted to have sexual intercourse with her before he left Florida.

13. On August 13, 2022, at 7:37 p.m., in a Snapchat conversation, McGough told the Minor Victim "I wanted to cum down your throat." The Victim replied, "Next time I suck on your dick first ok." McGough continued the conversation by stating to the Minor Victim "like jump in the backseat first and then [deep throat] me."

14. On August 13, 2022, at 7:39 p.m., in a Snapchat conversation, McGough stated to the Minor Victim, "I wanna choke you while you have my dick in your mouth and make you gag" and "I really want to be inside you babygirl ik you said you don't wanna but I think you are ready." He told the Minor Victim that "Monday you will get really horny with my dick in you."

15. On August 16, 2022, at 12:20am, in a Snapchat conversation, McGough told the Minor Victim, "Too bad we couldn't have a threesome." The Minor Victim questioned McGough, asking if he meant a threesome with her sister. McGough tried to explain to the Minor Victim that a "threesome is like a one-time deal so people don't catch feelings."

16. On August 16, 2022, at 12:56 a.m., in a Snapchat conversation, McGough asked the Minor Victim, "baby can you send me a pair of panties in the mail but ones that your pussy is soaked, I really really like the smell of your pussy."

4

17. In addition to the conversations mentioned above, the search warrant of McGough's cellphone revealed the pictures and videos that McGough and the Minor Victim exchanged with one another, including images of McGough masturbating and ejaculating.

18. In addition to the videos and images that McGough and the Victim exchanged with one another, a search of McGough's cellphone revealed videos and images of the Minor Victim performing oral sex on McGough and stroking his penis. McGough created these videos and images during his August 2022 visit to Florida. After recording the Minor Victim performing oral sex on him, McGough transported the cellphone that created these files back to Colorado and kept them in his possession.

### Interview with Victim

19. On March 3, 2023, law enforcement interviewed the Minor Victim. During the interview, the Minor Victim stated that she met McGough on a social media application called "LMK," which is an app used to meet other children in her age range. Shortly after meeting McGough, the two began communicating on the social media application "Snapchat." The Minor Victim stated that she began communicating with McGough in the summer of 2022.

20. The Minor Victim acknowledged McGough knew her age to be 15 years of age. This was confirmed in the snapchat text messages from August 8, 2022. The Minor Victim could not remember McGough's exact age but stated he was in his twenties. According to the Minor Victim, McGough indicated that he did not care that she was 15 years old. The Minor Victim stated that McGough still wanted to come to Florida because he wanted to have sex with her; however, the Victim stated that she told McGough that she would rather go on a date to get to know him.

21. The Minor Victim acknowledged sending "nudity" images back and forth during their communications on Snapchat. The Minor Victim began by sending images of her breasts,

5

buttocks, and vagina which were unclothed, and McGough would send pictures of himself "stroking" his penis.

22. The Minor Victim confirmed McGough made a trip to Florida approximately two weeks after the two began communicating on social media. The Minor Victim stated she told McGough not to come to Florida but he made the decision to travel to Florida anyways.

23. The Minor Victim stated that McGough purchased a plane ticket to fly to Florida, but she could not remember which airline he traveled on.

24. The Minor Victim stated that she met up with McGough during his visit to Florida. The Minor Victim stated that they would end up in his rental vehicle and he would park the car at various locations in her neighborhood. The Minor Victim disclosed that she and McGough engaged in several different sexual acts. The Minor Victim admitted that she performed oral sex on McGough, which she described as "mouth to penis" and admitted to "jerking him off" which she described as "stroking" his penis. The Minor Victim disclosed that McGough put his mouth on her vagina and used his fingers to penetrate her vagina. The Minor Victim stated that McGough had condoms in the car each time they met; however, the Minor Victim stated that she never engaged in intercourse with McGough.

25. In committing the offense of enticing a minor to engage in criminal sexual activity, in violation of Title 18, United States Code, Section 2422(b), McGough used a cellphone and the Internet, both of which are facilities of interstate commerce.

26. McGough persuaded, induced, enticed, or coerced the Minor Victim to engage in "criminal sexual activity," that is, "lewd or lascivious battery," which is a second-degree felony under Florida law. See Florida Statute 800.04(4).

27. During all communications with McGough, the Minor Victim was in Broward County, Florida, which is located in the Southern District of Florida.

28. The information contained in this proffer is not a complete recitation of all the facts and circumstances of this case, but the parties admit it is sufficient to prove beyond a reasonable doubt that a violation of Title 18, United States Code, Section 2422(b), had occurred.

Respectfully,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 9/12/23    By: _____
AJAY J. ALEXANDER
ASSISTANT UNITED STATES ATTORNEY

Date: 9/12/23    By: _____
ASHLEY DEVON KAY
COUNSEL FOR DEFENDANT

Date: 9/12/23    By: _____
MILES STEVEN MCGOUGH
DEFENDANT